# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2828

_____

| | | |
|---|---|---|
| Margoth Villalobos, | * | |
| | * | |
| Petitioner, | * | |
| | * | Petition for Review of |
| v. | * | an Order of the Board |
| | * | of Immigration Appeals. |
| Eric H. Holder, Jr., Attorney General | * | |
| of the United States, | * | [UNPUBLISHED] |
| | * | |
| Respondent. | * | |

_____

Submitted: May 16, 2011
Filed: May 19, 2011

_____

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Margoth Villalobos petitions for review of an order of the Board of Immigration Appeals (BIA) denying an emergency stay of removal, and the BIA's later decision on her motion to reopen. We lack jurisdiction to review the BIA's denial of a stay because it is not a final order of removal, see 8 U.S.C. § 1252; Mapoy v. Carroll, 185 F.3d 224, 230 (4th Cir. 1999), and Villalobos's petition for review of the BIA's decision on her motion to reopen is untimely, see 8 U.S.C. § 1252(b)(1); Stone v. INS, 514 U.S. 386, 405 (1995). Accordingly, we dismiss the petitions.

_____